within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1240. IN RE DISBARMENT OF POSTEL. It is ordered that Ira Postel, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1241. IN RE DISBARMENT OF OSHATZ. It is ordered that Michael P. Oshatz, of Scarsdale, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1242. IN RE DISBARMENT OF FLEISHER. It is ordered that Jerrold M. Fleisher, of Closter, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1243. IN RE DISBARMENT OF DAMBACH. It is ordered that Joseph A. Dambach, of Fords, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1244. IN RE DISBARMENT OF GORDON. It is ordered that Francis Guthrie Gordon III, of Charlottesville, Va., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 92–114. CARDINAL CHEMICAL CO. ET AL. v. MORTON INTERNATIONAL, INC. C. A. Fed. Cir. [Certiorari granted, 506 U. S. 813.] Motion of the parties for divided argument to permit American Bar Association and American Intellectual Property Law Association to participate in oral argument as amici curiae denied.

No. 92–6609. BOYER v. DeCLUE ET AL. C. A. 8th Cir. Motion of petitioner to strike certain portions of respondent's brief in opposition and for sanctions denied.

No. 92–6739. IN RE ANDERSON. Petition for writ of habeas corpus denied.